**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 25 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

POLINA KORCHAGINA, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

ENHANCED RECOVERY COMPANY, LLC,

Defendant.

Case No. 1:18-cv-00567-ILG-JO

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         June 20, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Nicole Haff
Nicole Haff, Esq.
Smith, Gambrell & Russell, LLP
1301 Avenue of the Americas, 21st floor
New York, New York 10019
Tel: (212)907-9700
nhaff@sgrlaw.com
*Attorney for Defendant*

So Ordered

s/I. Leo Glasser
USDJ
6/25/18